IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 208.105.89.83

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/12/2017 22:48:35 | 1D563AD0A859AB6D49E31F736E3454C1AD188DAA | Love Burns Again |
| 10/12/2017 22:45:25 | 354377A1C8BA899943C07F26FEAB486D12B3ECC6 | Domination Part One |
| 10/13/2015 10:26:38 | E14FB3AB2D3D498CAE301902BFA04EF9C58BB6F4 | Supermodel Sex |
| 10/04/2015 16:51:19 | 1D9012831B924E8B84863CF158E7BED1EE5E5D0B | My Blue Heaven |
| 10/01/2015 01:10:35 | B2A6AFE50E6C569016C5D1B4424CBE0632E5AF28 | Puffy Nipple Lovers |
| 09/18/2015 03:31:34 | BB247A3A8108226C2B1D9140F3832DB150BE36DC | Make Love To Me |
| 09/16/2015 00:40:34 | 23D71A2FA58CCC0BFF332362FAD01AFDDD3E42BC | Are You Man Enough |
| 09/10/2015 03:53:49 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 09/06/2015 19:51:07 | 06CC661BEECF9960B3CDCD1B77C031A7339C0974 | A Fucking Hot Threesome |
| 09/06/2015 18:06:57 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 09/06/2015 13:55:44 | EAE5FF4F042916E376FAEC1DF9FCE609B666D5D2 | Good Night Kiss |
| 09/06/2015 13:29:49 | 9A5565D4C71A77D48913FB013A56E8950E30DD2B | Keep Cumming Kylie |
| 09/03/2015 20:28:36 | CEEC8279BFB1046BC025AD6EA165CA24E4CEA77B | An Erotic Encounter |
| 08/13/2015 01:19:20 | EBAB46499B74E19F9E6D924B97B3D704BCE9ED16 | Among The Wildflowers |
| 05/28/2015 23:00:28 | E5103C491CBF505573D35A6F46EC0DB2C809949E | Little Play Thing |
| 05/27/2015 03:05:15 | 048BE03E1D8A2BD6A35047641EBA9D7983118FE5 | UnBREElievable |
| 05/14/2015 22:36:23 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 05/14/2015 00:09:44 | F1DB6550CAFE0B20CB7CF769F352051FEDF69B94 | Tight Ass Teen |
| 05/14/2015 00:08:31 | F28D0927E5BE74E2D3052286F5C52A5E4D62EED8 | Spread Across The Floor |
| 05/12/2015 22:16:40 | FA8D0B9F665E467C64781AC8DE24DD92BD2E79B0 | Double Oh Heaven |
| 05/06/2015 22:56:15 | F032712B1C1526AF2B5147282DD9C06DD9CB0CD9 | Lovers Way |
| 08/29/2014 15:18:25 | A422699064F70D9733725CE8FB9E4F3FD266EAC8 | A Dream Of You |

EXHIBIT A

SNY394

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/28/2014 23:05:56 | EF663D206331C330BDBAD60DE59F75F1315A293D | Elevated Erotica |
| 08/28/2014 23:00:24 | 64B62F20CAFA3D0FCE87D21AF26FB2B1D1697807 | Beautiful Girl |
| 08/26/2014 11:47:17 | 2731D60D1DC4FA8F42FBB05CC1A474B2C3B39B7B | Paint Me White |
| 08/25/2014 12:02:28 | DD54541DD3CE9E43D2314BC8BCA659AB983DE330 | Sexy En Noir |
| 08/18/2014 06:41:51 | C754311A9836C302F79491BD9BE2D99704951A6E | Risky Business |
| 08/08/2014 07:56:57 | CFA566DC7947671346CBFEF4C971DB401DFC2CBB | Blonde Ambition |
| 08/03/2014 20:20:05 | 93882D41DE0FBACD7A5D1B62C2A2F157C805A364 | Any And All For You |
| 07/11/2014 05:00:18 | 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening |
| 07/07/2014 13:11:26 | 06D009307C18A7C3CDCEF04B2D5D1D41281049C1 | Chloe Loves Carl Part 2 |
| 07/07/2014 12:40:35 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 07/04/2014 09:03:23 | 3D52C5160DF25F8E75A5E403B5D115A3B16183E7 | Tie Her Up For Me |

**Total Statutory Claims Against Defendant: 33**

EXHIBIT A

SNY394